Matter of Johnson (2024 NY Slip Op 01469)

Matter of Johnson

2024 NY Slip Op 01469

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, BANNISTER, MONTOUR, AND GREENWOOD, JJ. (Filed Feb. 28, 2024.)

&em;

[*1]MATTER OF CHRISTOPHER ALAN JOHNSON, FOR REINSTATEMENT TO THE PRACTICE OF LAW IN THE STATE OF NEW YORK.

MEMORANDUM AND ORDER
Order entered terminating suspension and granting application for reinstatement to the practice of law.